IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-gj-00040-GJR

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. SHAWN DUFFY,

       Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce SHAWN DUFFY, defendant in the above captioned cause, before this Honorable Court, on the 24th day of January, 2005, at 2:00 p.m., and from day to day thereafter, to appear for said hearing and to remain in federal custody until this case is completed, and immediately after return the said witness to the institution where he was confined, under safe and secure conduct, and have you then and there this writ.

SO ORDERED this 24th day of January, 2006.

                                  s/Gudrun Rice

                                  GUDRUN RICE
                                  UNITED STATES MAGISTRATE JUDGE
                                  UNITED STATES DISTRICT COURT